IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHELLE MARIE HUGHES,

    Plaintiff,

v.

THE DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

    Defendants.

ORDER

Case No. 17-cv-90-wmc

Plaintiff Michelle Marie Hughes has filed a proposed civil complaint. Plaintiff seeks to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff Michelle Marie Hughes's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is

complete, a separate order will issue.

    Entered this 7th day of February, 2017.

        BY THE COURT:

        /s/
        PETER OPPENEER
        Magistrate Judge