IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHELLE MARIE HUGHES

    Plaintiff,

v.

THE DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-90-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

/s/                                                                     9/19/2018

Peter Oppeneer, Clerk of Court                      Date